UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

FILED

2008 FEB 25 P 3: 00

U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY _____ DEPT. CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:91-cr-115 |
| | ) | *Judge Edgar* |
| DARIEN MCKIBBEN | ) | |

## ORDER

Defendant Darien McKibben has filed a *pro se* motion for post-conviction relief pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 706 to the United States Sentencing Guidelines. [Doc. No. 407]. The government shall file its response on or before **March 21, 2008**.

SO ORDERED.

ENTER this the 25th day of February, 2008.

                                      */s/ R. Allan Edgar*
                                      R. ALLAN EDGAR
                               UNITED STATES DISTRICT JUDGE