# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

FILED

2008 APR 11 P 3: 45

U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY _____ DEPT. CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Darrien McKibben ) | Case No: 1:91-cr-115-005 |
| ) | USM No: 12642-074 |
| Date of Previous Judgment: June 29, 1992 ) | Mary Ellen Coleman |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ✖ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

DENIED. ✖ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___324___ months **is reduced to** ___262___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 40 | Amended Offense Level: | 38 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 324 to 405 months | Amended Guideline Range: | 262 to 327 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

✖ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated June 29, 1992 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 11, 2008

/s/ R. Allan Edgar
Judge's signature

Effective Date: _____
(if different from order date)

R. Allan Edgar, United States District Judge
Printed name and title